IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TOBY A. GIUTTA**                                                        **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO. 3:24-cv-27-SA-DAS**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

## ORDER

On this date came for consideration Defendant's Unopposed Motion to Remand and Supporting Memorandum, and the Court being advised in the premises is of the opinion that said Motion should be granted. It is therefore

ORDERED that Defendant's unfavorable final decision denying Plaintiff's claims under the Social Security Act, shall be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SIGNED this 31st day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE